**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | | |
|---|---|---|
| Danny Claude Cotton, | ) | No. CV 06-1819-PHX-JAT |
| Petitioner, | ) ) | **ORDER** |
| vs. | ) ) | |
| Dora Schriro; et al., | ) ) ) | |
| Respondents. | ) ) ) | |

Pending before this Court is the Magistrate Judge's Report and Recommendation (R&R) (Doc. #13), recommending that this Court deny Defendants' motion to dismiss (Doc. #11).

This Court "may accept, reject, or modify, in whole or in part, the findings or recommendations made by the magistrate judge." 28 U.S.C. § 636(b)(1). It is "clear that the district judge must review the magistrate judge's findings and recommendations *de novo if objection is made*, but not otherwise." *United States v. Reyna-Tapia*, 328 F.3d 1114, 1121 (9th Cir. 2003) (*en banc*) (emphasis in original); *Schmidt v. Johnstone*, 263 F.Supp.2d 1219, 1226 (D.Ariz. 2003) ("Following *Reyna-Tapia*, this Court concludes that *de novo* review of factual and legal issues is required if objections are made, 'but not otherwise.'"). District courts are not required to conduct "any review at all . . . *of any issue* that is not the subject of an objection." *Thomas v. Arn*, 474 U.S. 140, 149 (1985) (emphasis added); *see also* 28

U.S.C. § 636(b)(1) ("the court shall make a *de novo* determination of those portions of the [report and recommendation] to which objection is made.").

In this case, neither party has filed objections to the R&R. Accordingly,

**IT IS ORDERED** that the R&R (Doc. #13) is accepted and adopted;

**IT IS FURTHER ORDERED** that Defendants' Motion to Dismiss (Doc. #11) is denied (without prejudice to re-raising any arguments therein in objection to any future report and recommendation on the merits of this case, if appropriate); and

**IT IS FURTHER ORDERED** that the motion for extension of time (Doc. #15) and the motion to stay (Doc. #16) remain pending before the Magistrate Judge.

DATED this 4th day of March, 2008.

James A. Teilborg
United States District Judge